UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CV-940 AGF |
| CORIZON MEDICAL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's motion to proceed *in forma pauperis* on appeal. ECF No. 12. When the Court dismissed this action on December 13, 2021, the Court certified in writing that an appeal would not be taken in good faith, s*ee* ECF Nos. 8 & 9; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Furthermore, plaintiff has repeatedly filed meritless lawsuits in this Court, to the point where this Court has found his litigation practices to be an abuse of the judicial process. *See* ECF No. 7. Despite plaintiff's averments in the instant motion, *see* ECF No. 12 at 1, plaintiff has filed at least three actions that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted.[1] Accordingly, he has accumulated three "strikes" as defined in 28 U.S.C. § 1915(g), and his averments are too vague to establish that he is under imminent danger of serious physical injury. *See* ECF No. 7. For these reasons, the Court finds plaintiff may not proceed *in forma pauperis* on appeal. The instant motion will be denied.

---

[1] *See Engel v. Governor of Missouri,* No. 1:20-cv-217-HEA (E.D. Mo. Dec. 15, 2020); *Engel v. United States of America*, No. 4:20-cv-1742-MTS (E.D. Mo. Dec. 18, 2020); *Engel v. Missouri Courts,* No. 4:20-cv-1258-SPM (E.D. Mo. Dec. 21, 2020).

Case: 4:21-cv-00940-AGF   Doc. #:  13   Filed: 12/21/21   Page: 2 of 2 PageID #: 35

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 12] is **DENIED**.

**IT IS FINALLY ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 21st day of December, 2021.

                                                  _____
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES DISTRICT JUDGE

2